# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOVONNA LANAE JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>       Defendant. | Case No. 1:23-cv-01599-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 20) |

On March 28, 2025, the parties filed a stipulation dismissing this action. The parties agree that Plaintiff's individual claims shall be dismissed with prejudice and Plaintiff's non-individual/representative PAGA claim shall be dismissed without prejudice.

In light of the stipulation, this entire action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, pursuant to the terms of the stipulation, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge